**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

```
JAMES DAVIS,                    )
                                )   2:06cv1508
            Petitioner,         )   Electronic Filing
                                )
      v.                        )   Judge David Cercone
                                )   Magistrate Judge Caiazza
SUPT. HARRY E. WILSON, et al., )
                                )
            Respondents.        )
```

## MEMORANDUM ORDER

James Davis's Petition for Writ of Habeas Corpus was
received by the Clerk of Court on November 14, 2006, and was
referred to United States Magistrate Judge Francis X. Caiazza for
pretrial proceedings in accordance with the Magistrates Act, 28
U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local
Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on
December 3, 2007, recommended that the Petition for Writ of
Habeas Corpus filed by Petitioner Davis be dismissed and that a
certificate of appealability be denied.  The parties were allowed
ten days from the date of service to file objections. Service was
made on the Petitioner by First Class United States Mail
delivered to his place of incarceration, the State Correctional
Institution at Fayette, located in Labelle, Pennsylvania.
Objections were due on or before December 20, 2007, but none have
been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this _____11_____ day of _____January_____, 2008,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by James Davis is dismissed and a Certificate of Appealability is denied.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 11), dated December 3, 2007, is adopted as the opinion of the court.

DSCercone
_____
David Stewart Cercone
United States District Judge


cc:  JAMES DAVIS FF-0185
     SCI Fayette
     Box 999
     LaBelle, PA 15450-0999

     Nancy D. Vernon, Esquire
     Office of Fayette County District Attorney
     61 East Main Street
     Fayette County Courthouse
     Uniontown, PA 15401